UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MARIO MARGOLLA

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

**13 -CR-880 (CS)**

Defendant  MARIO MARGOLLA  hereby voluntarily consents to participate in the following proceeding via _X__ videoconferencing or __X_ teleconferencing:

__X_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


 /s/ Mario Margolla by JCM with consent
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*John S. Wallenstein*
Defendant's Counsel's Signature

MARIO MARGOLLA
Print Defendant's Name

JOHN S. WALLENSTEIN, ESQ.
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 June 18, 2021
Date

*Judith C. McCarthy*
U.S. District Judge/U.S. Magistrate Judge